**No. 50435.**—Protests 101616–K, etc. of M. Pressner & Co. et al. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence showed that the darts are similar in all material respects to those the subject of Abstract 49053, which record was incorporated herein. In accordance therewith the claim at 33½ percent under paragraph 412 was sustained.

**No. 50436.**—Protests 99626–K, etc., of August F. Stauff & Co., Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted testimony of two examiners disclosed that the articles constitute integral parts of an extrusion press. Inasmuch as the articles were conclusively shown to be integral parts of an extrusion press, and since such a press is unquestionably included within the congressional definition of what constitutes a machine tool, the protests were sustained as claimed.

**No. 50437.**—Protest 961189–G of J. T. Steeb & Co., Inc. (Seattle).

Opinion by LAWRENCE, J. In Abstract 49680 the court overruled the protests after pointing out that "the plaintiffs did not move to set aside the submission." Precisely the same situation prevailed with respect to the present protest, no motion to set aside the submission having been made. An examination of the papers disclosing no reason for disturbing the decision of the collector, which was held presumptively correct, the protest was overruled.

**No. 50438.**—Protest 70162–K of Davies, Turner & Co. (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 50439.**—Protests 73874–K/90671, etc. of Thomas Tully Co. et al. (Chicago and Minneapolis).

Opinion by LAWRENCE, J. The protests were dismissed.